**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cedric J. Taylor,<br>Plaintiff(s),<br>v.<br>Ronald Oliver, et al.,<br>Defendant(s). | Case No. 2:25-cv-00517-GMN-NJK<br>**Order**<br>[Docket No. 14] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 14. Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581-83 (D. Nev. 2013), the Court finds that a stay of discovery is warranted. Accordingly, the Court **GRANTS** the motion to stay discovery.

IT IS SO ORDERED.

Dated: August 17, 2026

Nancy J. Koppe
United States Magistrate Judge